UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)　XOUCHI JONATHAN THAO, SPECIAL ADMINISTRATOR FOR THE ESTATE OF KONGCHI JUSTIN THAO, <br><br> PLAINTIFF, <br><br> v. <br><br> (2)　GRADY COUNTY CRIMINAL JUSTICE AUTHORITY, ET AL. <br><br> DEFENDANTS. | CASE NO.: CIV-19-1175-JD |

PLAINTIFF'S WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and Paragraph 4 of the Court's Amended Scheduling Order (Dkt 58), Plaintiff Xouchi Jonathan Thao, as Special Administrator for the Estate of Kongchi Justin Thao, files this Witness List based upon the information currently known to him:

| Expected to Call ||
|---|---|
| Xouchi Jonathan Thao | Deposed |
| May Kou Heu | Justin Thao's mother to testify about damages |
| Chukou Thao | Justin Thao's father to testify about damages |
| Pahoua Lor | Justin Thao's aunt to testify about damages |
| Kiabtoom Lor | Justin Thao's cousin to testify about damages |

| | |
|---|---|
| Pa Heu | Justin Thao's aunt to testify about damages |
| Mayyeu Heu | Justin Thao's aunt to testify about damages |
| Pao Thao | Justin Thao's uncle to testify about damages |
| Jasmine Sanchez | Justin Thao's friend to testify about damages |
| Eric Gonzales | Justin Thao's friend to testify about damages |
| Jimena Lopez | Justin Thao's friend to testify about damages |
| Ulysses Gonzales | Justin Thao's friend to testify about damages |
| James Meyer | GCCJA Board member to testify about jail policies and practices and their implementation |
| Jim Gerlach | GCCJA Jail Administrator to testify about jail policies and practices, and communications with Board re same |
| Johnnie Drewery | Jail investigator for Justin Thao's death to testify about investigation and jail policies and practices |
| Trevor Henneman | Defendant former detention officer to testify about Taser use on Justin Thao, night of incident, and jail policies and practices |
| Johnny Farley | Deposed |
| Jimmy Duncan | Deposed |
| Charity Gray | Nurse at jail to testify about night of incident and jail policies and practices |
| Christopher Harrison | Former detention officer to testify about night of incident, and jail policies and practices |

| | |
|---|---|
| Rebecca Brown | Former detention officer to testify about night of incident, and jail policies and practices |
| Hanna Stiff | Former detention officer to testify about night of incident, and jail policies and practices |
| Dr. A.E. Daniel | Forensic psychiatrist expert to testify on subject matter of expert report |
| Dr. Evan Matshes | Forensic pathologist/toxicologist expert to testify on subject matter of expert report |
| Barry Dickey | Audio/video expert to testify on subject matter of expert report |
| Justin Jones | Jail standards expert to testify on subject matter of expert report |
| **May Call** | |
| Angel Lor | Justin Thao's aunt to testify about damages |
| Brian Lopez | Justin Thao's friend to testify about damages |
| Barry Mann | Justin Thao's friend to testify about damages |
| Chong Xiong | Justin Thao's cousin to testify about damages |
| Chuezheng Lor | Justin Thao's cousin to testify about damages |
| Diane Sanchez | Justin Thao's friend to testify about damages |
| Emily Heu | Justin Thao's cousin to testify about damages |
| Fuechi Lor | Justin Thao's cousin to testify about damages |
| Glenn Salamanca | Justin Thao's family friend to testify about damages |

| | |
|---|---|
| Houa Vang | Justin Thao's sister in law to testify about damages |
| Isaiah Ramos | Justin Thao's friend to testify about damages |
| Jaylen Yang | Justin Thao's cousin to testify about damages |
| Joshua Carlos | Justin Thao's friend to testify about damages |
| Kirsten Thao | Justin Thao's cousin to testify about damages |
| Kong Heu | Justin Thao's cousin to testify about damages |
| Kylie Thao | Justin Thao's cousin to testify about damages |
| Leng Heu | Justin Thao's cousin to testify about damages |
| Mao Vang | Justin Thao's sister in law to testify about damages |
| Mark Sotelo | Justin Thao's friend to testify about damages |
| Maykeu Yang | Justin Thao's aunt to testify about damages |
| Mulan Heu | Justin Thao's cousin to testify about damages |
| Nancy Yang | Justin Thao's cousin to testify about damages |
| Nia Zavala | Justin Thao's friend to testify about damages |
| Padouachi Heu | Justin Thao's cousin to testify about damages |
| Patchiab Lor | Justin Thao's cousin to testify about damages |
| Priscilla Yang | Justin Thao's cousin to testify about damages |
| Ravau Untalon | Justin Thao's friend to testify about damages |
| Richard Abby | Justin Thao's friend to testify about damages |

| | |
|---|---|
| Rousseau Thao | Justin Thao's cousin to testify about damages |
| Seng Heu | Justin Thao's cousin to testify about damages |
| Victor Thao | Justin Thao's cousin to testify about damages |
| Vincent Thao | Justin Thao's brother to testify about damages |
| Lorette Picciano | Justin Thao's family friend to testify about damages |
| Rudy Arredondo | Justin Thao's family friend to testify about damages |
| Zheng Lor | Justin Thao's cousin to testify about damages |
| Sabra Martin | GCCJA Board secretary to testify about Board proceedings and practices |
| Mike Lenier | GCCJA Board member when GCCJA policies and practices adopted to testify about consideration and implementation of policies and practices. |
| Jack Weaver | GCCJA Board member to testify about jail policies and practices and their implementation |
| Jim Weir | GCCJA Board member to testify about jail policies and practices and their implementation |
| Ralph Beard | GCCJA Board member to testify about jail policies and practices and their implementation |
| John Baker | GCCJA Board member to testify about jail policies and practices and their implementation |
| Barry Edwards | Employee with Oklahoma Department of Health Jail Inspection Division to testify about Oklahoma jail standards; investigation practices and policies; incident investigations at the GCCJA jail; |

|  | communications with jail staff and Board; jail staff testing. |
|---|---|
| Alicia Dickerson | Employee with Oklahoma Department of Health Jail Inspection Division to testify about Oklahoma jail standards; investigation practices and policies; incident investigations at the GCCJA jail; communications with jail staff and Board; jail staff testing. |
| Kyle Ellis | Detention officer to testify about night of incident, and jail policies and practices. |
| Representatives from the OSBI | Agency that investigated the custodial death of Sherri Elliott; facts and circumstances of that investigation |
| Next of kin for Sherri Elliott | Relative with knowledge of the facts and circumstances surrounding the arrest and detention of Ms. Elliott and response by the GCCJA |

Respectfully submitted,

s/Glenn Katon
Glenn Katon (pro hac vice)
Katon.Law
385 Grand Ave., Ste 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
Email: gkaton@katon.law

and

Steven J. Terrill, OBA # 20869
J. Spencer Bryan, OBA # 19419
BRYAN & TERRILL LAW, PLLC
3015 E. Skelly Dr., Suite 400
Tulsa, OK 74105
T/F:   (918) 935-2777
Email: sjterrill@bryanterrill.com
Email: jsbryan@bryanterrill.com

COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

On March 27, 2023, I served counsel of record in this case with the foregoing document through the Court's ECF filing system.

s/Glenn Katon
Glenn Katon