IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) XOUCHI JONATHAN THAO, Special Administrator For The Estate of KONGCHI JUSTIN THAO, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-19-1175-JD JURY TRIAL DEMANDED |
| (2) GRADY COUNTY CRIMINAL JUSTICE AUTHORITY, *et al.* | ) ) ) ) | |
| Defendants | ) | |

## DEFENDANT GRADY COUNTY CRIMINAL JUSTICE AUTHORITY'S WITNESS LIST

Defendant Grady County Criminal Justice Authority ("Defendant Authority"), by and through their counsel of record, W.R. Moon Jr., submits the following Witness List pursuant to this Court's Amended Scheduling Order (Dkt. 58):

### WITNESS LIST

| **Witnesses Defendant Authority Expects to Call** | | |
|---|---|---|
| **No** | **Name and Address** | **Proposed Testimony** |
| 1. | Jim Gerlach, Defendant c/o Andy A. Artus & W.R. Moon Jr. Collins, Zorn & Wagner, P.C. 429 N.E. 50th Street Second Floor Oklahoma City, OK 73105 (405) 524-2070 | Will testify regarding his knowledge of the policies and procedures at the GCCJA. Will testify regarding his knowledge of the training and supervision of GCCJA staff. Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. May authenticate various GCCJA and GCLEC documents. |
| 2. | Lt. Johnnie Drewery c/o Andy A. Artus & W.R. Moon Jr. Collins, Zorn & Wagner, P.C. 429 N.E. 50th Street | Will be able to testify regarding his investigation of the incidents at issue. Will be able to testify to his knowledge of the events as alleged by Plaintiff in his |

|   |   |   |
|---|---|---|
|   | Second Floor<br>Oklahoma City, OK 73105<br>(405) 524-2070 | Complaint. May authenticate various GCCJA and GCLEC documents. |
| 3. | Trevor Henneman, Defendant<br>c/o Jessica L. Dark<br>Pierce Couch Hendrickson Baysinger & Green, L.L.P.<br>1109 N. Francis<br>Oklahoma City, OK 73106 (405) 235-1611 | Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. |
| 4. | Johnny Farley<br>c/o Andy A. Artus &<br>W.R. Moon Jr.<br>Collins, Zorn & Wagner, P.C.<br>429 N.E. 50th Street<br>Second Floor<br>Oklahoma City, OK 73105<br>(405) 524-2070 | Deposed. Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. |
| 5. | Jimmy Duncan<br>c/o Andy A. Artus &<br>W.R. Moon Jr.<br>Collins, Zorn & Wagner, P.C.<br>429 N.E. 50th Street<br>Second Floor<br>Oklahoma City, OK 73105<br>(405) 524-2070 | Deposed. Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. |
| 6. | Charity Gray<br>Alexandra G. Ah Loy, General Counsel<br>c/o Turn Key Health Clinics, LLC<br>19 NE 50th Street<br>Oklahoma City, OK 73105 | Will be able to testify to her knowledge of the events as alleged by Plaintiff in his Complaint. May authenticate various GCCJA, Turn Key Health, and GCLEC documents. |
| 7. | Christopher Harrison<br>1181 County Road 1350<br>Chickasha, OK 73018<br>(405)933-9097 | Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. |
| 8. | Hanna Stiff<br>807 W. Kanas Ave.<br>Chickasha, OK 73018<br>(405)320-3039 | Will be able to testify to her knowledge of the events as alleged by Plaintiff in his Complaint. |

| | | |
|---|---|---|
| 9. | Kyle Ellis<br>518 N. 9th<br>Chickasha, OK 73018<br>(405)779-3847 | Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. |
| 10. | Dr. Richard M. Hough<br>3101 Browns Mill Road<br>Suite 6-244<br>Johnson City, TN 37604<br>(850)393-5389 | Expert Witness. Will testify regarding his education, training and experience. Will testify regarding policies and practices of GCLEC, GCLEC operations, and all aspects of his report. Will authenticate his report. |
| 11. | Dr. Jeff Reames, M.D.<br>Mercy Health Center<br>Emergency Department<br>4300 W. Memorial Road<br>Oklahoma City, Oklahoma<br>405-752-3030 | Expert Witness. Will testify regarding his education, training and experience. Will testify pursuant to his expert report. Will authenticate his report. |
| 12. | Dr. Mark Kroll, PhD<br>Box 23<br>Crystal Bay, MN 55323<br>(805)428-1838 | Expert Witness. Will testify regarding his education, training and experience. Will testify pursuant to his expert report. Will authenticate his report. |

| **Witnesses Defendant Authority May Call** | | |
|---|---|---|
| 13. | John Baker<br>c/o Andy A. Artus &<br>W.R. Moon Jr.<br>Collins, Zorn & Wagner, P.C.<br>429 N.E. 50th Street<br>Second Floor<br>Oklahoma City, OK 73105<br>(405) 524-2070 | May testify regarding his status as a GCCJA Trust Board member during the events at issue. Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. May authenticate various GCCJA documents. |
| 14. | Ralph Beard<br>c/o Andy A. Artus &<br>W.R. Moon Jr.<br>Collins, Zorn & Wagner, P.C.<br>429 N.E. 50th Street<br>Second Floor<br>Oklahoma City, OK 73105<br>(405) 524-2070 | May testify regarding his status as a GCCJA Trust Board member during the events at issue. Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. May authenticate various GCCJA documents. |
| 15. | Jamie Meyer<br>c/o Andy A. Artus &<br>W.R. Moon Jr. | May testify regarding his status as a GCCJA Trust Board member during the events at issue. Will be able to testify to |

|  | | |
|---|---|---|
|  | Collins, Zorn & Wagner, P.C.<br>429 N.E. 50th Street<br>Second Floor<br>Oklahoma City, OK 73105<br>(405) 524-2070 | his knowledge of the events as alleged by Plaintiff in his Complaint. May authenticate various GCCJA documents. |
| 16. | Jack Weaver<br>c/o Andy A. Artus &<br>W.R. Moon Jr.<br>Collins, Zorn & Wagner, P.C.<br>429 N.E. 50th Street<br>Second Floor<br>Oklahoma City, OK 73105<br>(405) 524-2070 | May testify regarding his status as a GCCJA Trust Board member during the events at issue. Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. May authenticate various GCCJA documents. |
| 17. | Jim Weir<br>c/o Andy A. Artus &<br>W.R. Moon Jr.<br>Collins, Zorn & Wagner, P.C.<br>429 N.E. 50th Street<br>Second Floor<br>Oklahoma City, OK 73105<br>(405) 524-2070 | May testify regarding his status as a GCCJA Trust Board member during the events at issue. Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. |
| 18. | Rebecca Brown<br>1715 Opal<br>Chickasha, OK 73018<br>(405)881-8055 | Will be able to testify to her knowledge of the events as alleged by Plaintiff in his Complaint. |
| 19. | Lynn Williams<br>6600 N Harvey Pl.,<br>Oklahoma City, OK 73116<br>(405)848-6724 | Will be able to testify regarding his investigation of the incidents at issue. Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. |
| 20. | Kendall Myers<br>117 N 4th Street<br>Chickasha, OK 73018<br>(405)222-6020 | Chickasha Fire and EMS Paramedic. Will be able to testify to her knowledge of the events as alleged by Plaintiff in his Complaint |
| 21. | John Seyler<br>117 N 4th Street<br>Chickasha, OK 73018<br>(405)222-6020 | Chickasha Fire and EMS Paramedic. Will be able to testify to his knowledge of the events as alleged by Plaintiff in his Complaint. |
| 22. | Omar Ampie<br>200 NW 4th St,<br>Oklahoma City, OK 73102<br>(405) 231-4206 | U.S. Marshal. Will be able to testify to observations of decedent, family and interactions with family of decedent. May be able to testify regarding policies and |

|     |                                                                                                                                                                                                                                                                                                                        |                                                                                                |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------------------------------------------------------------------------------------------- |
|     |                                                                                                                                                                                                                                                                                                                        | procedures for housing and transport of federal transfer center inmates. |
| 23. | Any necessary records custodian including, but not limited to, records custodians from the GCCJA, GCLEC, Office of the Chief Medical Examiner, St. Agnes Medical Center, Integris Baptist Medical Center, Grady County Memorial Hospital, U.S. Marshal's Service, Council on Law Enforcement Education and Training (CLEET) and others as necessary pursuant to Defendant Authority's Final Exhibit List. | To authenticate documents. |
| 24. | Any necessary rebuttal witness and/or rebuttal expert witness | |
| 25. | Any witnesses listed by Plaintiff or Co-Defendants not objected to by these Defendants at pre-trial or trial | |
| 26. | Any relevant witnesses identified during discovery. | |

Respectfully submitted,

s/W.R. Moon Jr.
Andy A. Artus, OBA No. 16169
W.R. Moon, OBA No. 32079
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone:   (405) 524-2070
Facsimile:    (405) 524-2078
Email:          aaa@czwlaw.com
                    wrm@czwlaw.com

ATTORNEY FOR DEFENDANTS
GRADY COUNTY CRIMINAL
JUSTICE AUTHORITY

5

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants. Also, I have mailed through the U.S. Postal system prepaid the above document to:

J. Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73013
sjterrill@bryanterrill.com
jsbryan@bryanterrill.com

Glenn Katon
Katon.Law
385 Grand Ave., Ste. 200
Oakland, CA 94610
gkaton@katon.law

*Attorneys for Plaintiffs*

Jessica L. Dark, OBA No. 31236
Robert S. Lafferrandre, OBA No. 11897
Pierce Couch Hendrickson Baysinger
 & Green, L.L.P
1109 N. Francis Ave.
Oklahoma City, OK 73106
jdark@piercecouch.com
rlafferrandre@piercecouch.com

*Attorneys for Trevor Henneman*

              s/W.R. Moon, Jr._____
              W.R. Moon, Jr.