IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| XOUCHI JONATHAN THAO, Special Administrator for the Estate of KONGCHI JUSTIN THAO, <br><br> Plaintiff, <br><br> v. <br><br> GRADY COUNTY CRIMINAL JUSTICE AUTHORITY, et al., <br><br> Defendants. | Case No. CIV-19-01175-JD |

## ORDER

Before the Court is Defendant Grady County Criminal Justice Authority's Unopposed Motion to Extend Deadline to Submit Reply to Plaintiff's Response to Motion to Quash Subpoena ("Motion"). [Doc. No. 91]. The Motion seeks to extend the deadline for Defendant Grady County Criminal Justice Authority to file its reply brief until May 16, 2023. For the reasons discussed in the Motion and for good cause shown, the Court **GRANTS** the Motion.

Defendant Grady County Criminal Justice Authority's deadline to file its reply brief in support of its Objection and Motion to Quash Subpoena [Doc. No. 85] is **EXTENDED** to **May 16, 2023**. If the parties resolve the underlying motion to quash, they shall promptly file a notice or a motion to withdraw the motion to quash.

IT IS SO ORDERED this 12th day of May 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE