DANIEL FORENSIC PSYCHIATRIC SERVICES
33 E. Broadway, Suite 115
Columbia, MO 65203
Telephone: (573)443-6930 Fax: (573)875-4272

# CURRICULUM VITAE

**A. E. Daniel, M.D., MRC Psych.**

## EDUCATION:

M.B.; B.S.: Medical College, Trivandrum, University of Kerala, India, December 1966

Internship: Rotating, Medical College Hospital, Trivandrum, Kerala, India, 1 February 1967 – 31 January 1968

## POST DOCTORAL TRAINING IN PSYCHIATRY:

Resident in Psychiatry and Neurology: All India Institute of Mental Health, Bangalore, India, 1 January 1971 – 28 February 1973

Resident in Adult General Psychiatry: University of Missouri-Columbia, School of Medicine (MIP), St. Louis, MO, 1 March 1974 – 28 February 1976

Fellowship in Child Psychiatry: University of Missouri-Columbia, School of Medicine, Columbia, Section of Child Psychiatry, Department of Psychiatry, Columbia, MO, 1 March 1976 – 31 August 1978

## BOARD CERTIFICATION:

1. Diploma in Psychological Medicine (D.P.M.), University of Bangalore, India, February 1973
2. Royal College of Psychiatrists of United Kingdom (M.R.C. Psych.), January 1976
3. Diplomate of the American Board of Psychiatry and Neurology, April 1979
4. Diplomate of the American Board of Psychiatry in Child/Adolescent Psychiatry, 1981
5. Diplomate of the American Board of Forensic Psychiatry, 1984



**Exhibit 2**

**LICENSES:**

State Board of the Healing Arts of Missouri, April 1975

**PRESENT POSITIONS:**

President and CEO, Daniel Correctional Psychiatric Services, Inc., December, 2001 – Present

Private Practice, Forensic, Correctional and Addiction Psychiatry, 1985 to Present

Adjunct Professor of Psychiatry, University of Missouri School of Medicine, Columbia, February, 2012 to present

Independent Psychiatric Consultant to Cigna, Prudential, MetLife, Liberty Mutual and The Hartford, 2011 to present

**PROFESSIONAL EXPERIENCE:**

Medical Director, Menzies Institute of Recovery from Addiction, St. Louis, Missouri, April 2012 to April, 2014

Psychiatric Consultant to Boone County Jail, Columbia, Missouri, April, 2012 to April, 2014

Director of Psychiatric Services for Missouri Department of Corrections by Contract, December, 2001 – June 20, 2007

Medical Director, Assisted Recovery Centers of America, St. Louis, Missouri, September, 2008 to 2011

Private Practice, Child and Adolescent Psychiatry, 1985 to December, 2001

Psychiatric Consultant, Missouri State Board of Probation and Parole, September, 1999 to August, 2004

Chief of Psychiatry, Missouri State Department of Corrections, Jefferson City, May, 2000, to September, 2000

Psychiatric Consultant, Boone County Jail, June 2000, to September, 2002

Medical Director, Geropsych Program, Moberly Regional Medical Center, Moberly, MO, December, 1999 to April, 2000



Exhibit 2

Director of Fellowship Training Program, Section of Child and Adolescent Psychiatry, University of Missouri, Columbia, April, 1999 to November, 1999.

Medical Director, Charter Behavioral Health System of Columbia, February 1995 to January, 1999

Clinical Professor of Psychiatry (Child and Adolescent) University of Missouri School of Medicine, Columbia, February, 1999 to 2011

Associate Professor of Psychiatry (Child), Department of Psychiatry, University of Missouri-Columbia, School of Medicine, Section of Child Psychiatry, September 1984 to January, 1999

Medical Director, Children and Youth Services, Charter Hospital of Columbia, Columbia, Missouri, October 1991 to February 1995

Superintendent, Mid-Missouri Mental Health Center, Columbia, Missouri, March 1985 to December 1991

Clinical Director, Child and Adolescent Psychiatry, Arthur Center, Mexico, Missouri, November 1990 to September 1992

Consultant in Child Psychiatry, East Central Missouri Mental Health Center, Mexico, Missouri, October 1988 to November 1990

Assistant Professor of Psychiatry (Child), Department of Psychiatry, University of Missouri-Columbia, School of Medicine, Section of Child Psychiatry, September 1978 to August 1984

Chief of Staff, Mid-Missouri Mental Health Center, 1 December 1983 to March 1985

Clinical Director, Children's Inpatient Service, Mid-Missouri Mental Health Center, 1 June 1981 to March 1985

Consultant in Forensic Psychiatry, Fulton State Hospital, Fulton, Missouri, 13 March 1976 to April 1985

Staff Psychiatrist, Children and Youth Services, Mid-Missouri Mental Health Center-Columbia, September 1977 to June 1981

Child Psychiatrist, Children and Youth Services, Mid-Missouri Mental Health Center-Columbia, September 1977 to June 1981

Consultant in Child Psychiatry, D. E. Burrell Mental Health Center, Springfield, Missouri, June 1977 to February 1979



**Exhibit 2**

Consultant in Psychiatry, Juvenile Justice Center, Boone County, Columbia, Missouri, June 1977 to February 1979

Chief Resident, Section of Child Psychiatry, University of Missouri-Columbia, School of Medicine, Columbia, Missouri, July 1977 to December 1977

Staff Psychiatrist, Mental Hospital, Trivandrum, India, March 1973 to February 1974

**ADMINISTRATIVE EXPERIENCE:**

Member, Residency Training Committee, Department of Psychiatry, University of Missouri Health Sciences Center – 1982 to 1984

Chairman, Hazardous Procedures and Adverse Incidents Committee, Mid-Missouri Mental Health Center – 1980 to 1983

Member, Special Task Force on Forensic Programs, Missouri Department of Mental Health – 1982 to 1991

Member, "Certification of Forensic Examiner's Committee", Missouri Department of Mental Health – 1984 to 1991

Superintendent's Committee, Department of Mental Health – March 1985 to 1991

**ORGANIZATIONAL ACTIVITIES:**

Secretary-Treasurer, Central Missouri Psychiatric Society, American Psychiatric Association – 1982 to 1983

President-Elect, Central Missouri Psychiatric Society, American Psychiatric Association – 1983 to 1984

President, Central Missouri Psychiatric Society, American Psychiatric Association – 1984-1985

Deputy Representative, Central Missouri Psychiatry Society, American Psychiatric Association – 1986 to 1988

Member, American Academy of Psychiatry and the Law

Member, IASP Task Force of Suicide Prevention in Corrections

Member, Managed Care Committee, American Psychiatric Association, 2006-2007

**HONORS AND AWARDS:**

Certificate of Award for scientific paper on Inmate Suicide Prevention from World Association of Social Psychiatry Conference in Kobe, Japan, October, 2004

Distinguished Life Fellow of the American Psychiatric Association – 2007

Letter of Commendation from Missouri Department of Corrections for suicide research, 2003

CMS Star for superior performance, 2001

Fellow of the American College of Forensic Examiners – 1997

Member, Panel of Experts for Western District of Missouri – 1998

Recipient of DLN Murthi Rao Award for the best post-graduate student in Psychiatry, All India Institute of Mental Health, Bangalore, India – 1973

Recipient of award for the best second-year resident in Psychiatry, Missouri Institute of Psychiatry, St. Louis, Missouri – 1975

**OTHER ACIEVEMENTS:**

Associate Editor, Journal of American Academy of Psychiatry and the Law – 2003 to 2010

Invited Reviewer on Manuscripts Related to Suicide in Corrections, American Journal of Psychiatry – 2010 to Present

Reviewer, Journal of Correctional Health Care, 2005 to Present

Mental Health Delegate to South Africa, People to people Ambassador Programs, 2004

Delegation Leader of Psychiatry to China, People to People Ambassador Program-2005

Consultant to National Academy of Corrections, Boulder, Colorado – 1985

Who is who in Midwest – 1985

Listed in "Men of Achievement", International Biographic Center, England

Field Trial Participant of DSM-III Childhood Mental Disorders – 1980

Member of the Advisory Committee of the American Correctional Association on Classification of Female Offenders – 1983 to 1984

Member, Editorial Board of American Journal of Forensic Psychiatry – 1980 to 1982



**Exhibit 2**

**GRANTS AND CONTRACTS:**

1. Improving Classification Analysis for Meeting Needs of Female Offenders in Missouri. Grant FK-1, from National Institute of Corrections, Washington, D.C., 1984-1986, Principal Investigator

2. Full Text Medline Search, Professional Participant. Grant R-01 LM04605-03, National Library of Medicine, 1989-1990, Mekianon & Sievert, Principal Investigators

3. Subcontractor for Mental Health Programs (Psychiatric) to Correctional Medical Services for the State of Missouri. December, 2001 – June, 2007

4. Subcontractor for Mental Health Programs (Inclusive of Psychiatric and Mental Health Services) to Correctional Medical Services for the State of Missouri, July 2006 - June 2008

5. Subcontractor for Psychiatric Services to MHM for the State of Missouri, July 1, 2007 to June 30, 2008

6. Principal Investigator of Open Label Study of Vivitrol for Opioid Dependants, Sponsored by Alkermes, Inc., 2009 to 2011

**RESEARCH AND PUBLICATIONS:**

1. Daniel AE, Shekim WO, Koresko RL, Dekirmejian J: Congenital Sensory Neuropathy with Anhydrosis – A Case Report and Investigation of Autonomic Nervous System Abnormalities. Journal of Development and Behavioral Pediatrics, Vol. 2 (2) 49-53, 1980.

2. Shekim WO, Daniel AE, Koresko RL, Dekirmejian H: Catecholamine Metabolites in Congenital Sensory Neuropathy with Anhydrosis. Pediatrics, 65:154, 1980.

3. Daniel AE, Harris PW: Female Offenders Referred for Pretrial Psychiatric Examination. Bulletin of American Academy of Psychiatry and the Law, Vol. 9, 40-47, 1981.

4. Daniel AE, Harris PW, Husain SA: Differences between Mid-Life Female Offenders and Those Younger Than 40. American Journal of Psychiatry, 138 (9) 1225-1228, 1981.



Exhibit 2

5. Kashani JH, Horwitz E, Daniel AE: Diagnostic Classification of 120 Juvenile Delinquents. Bulletin of American Academy of Psychiatry and the Law, 10 (1) 51-60, 1982.

6. Daniel AE, Chapel, JL: Tics of Tourette: Important Points in Management. Journal of Development and Behavioral Pediatrics, Vol. 3 (4) 166-167, 1981.

7. Daniel AE, Harris PW: Female Homicidal Offenders Referred for Psychiatric Examination: A Descriptive Study. Bulletin of the American Academy of Psychiatry and the Law, Vol. 10 (4) 261-269, 1981.

8. Daniel AE, Kashani JH: Women Who Commit Crimes of Violence: An Overview, Psychiatric Annals, 13 (9) 697-713, 1983.

9. Husain SA, Daniel AE, Harris PW: A Study of Young-Age and Mid-Life Homicide Women Admitted to the Psychiatric Hospital for Pretrial Evaluation. Canadian Journal of Psychiatry, Vol. 28, 109-113, 1983.

10. Daniel AE, Parraga H, Beeks EC, Belsky D: Violent Adolescents. American Journal of Forensic Psychiatry, Vol. IV, (1) 15-20, 1983.

11. Daniel AE: Harris PW: A Study of Female Check Offenders Referred for Pre-Trial Psychiatric Evaluation. American Journal of Forensic Psychology, Vol. 1 (2) 21-29, 1983.

12. Daniel AE: Conduct Disorders in Children and Adolescents: Diagnosis and Management. Continuing Education for Family Physicians, Vol. 18 (1) 45-55, 1983.

13. Daniel AE, Menninger K: Mentally Retarded Defendants: Psychiatric Evaluation to Determine Competency to Stand Trial and Criminal Responsibility. American Journal of Forensic Psychiatry, 4 (4) 45-156, 1983.

14. Kashani JH, Daniel AE, Reed J, and Sirnik A: A Comparison of Delinquent Boys and Girls in Group Homes and Factors Associated with the Outcome. British Journal of Psychiatry, (144) 156-160, 1984.

15. Husain A, Daniel AE: Comparison of Filicidal Mothers to Abusive Mothers. Canadian Journal of Psychiatry, (29) 596-598, 1984.

16. Daniel AE, Robins AJ: Violent Women. Medical Aspects of Human Sexuality, Vol. 19 (9) 32-44, 1985.

17. Daniel AE, Holcomb WR: A Comparison of Domestic vs. Non-Domestic Homicide Offenders. Bulletin of American Academy of Psychiatry and the Law, Vol. 13 (3) 233-241, 1985.



**Exhibit 2**

18. Daniel AE, Beck NC, Herath A, Schmitz M, Menninger K: Factors Correlated with Psychiatric Recommendations of Incompetency and Insanity. Journal of Psychiatry and the Law, Vol.12 (4) 527-544, Winter 1984.

19. Robins AJ, Daniel AE, Reid JC, Harry BE: The Missouri Correctional Classification System Applied to Female Offenders: Reliability and Validity Issues. Journal of Corrective and Social Psychiatry and Behavioral Technology, Methods and Therapy, Vol. 32 (1) 21-30, 1986.

20. Daniel AE, Robins AJ, Connors J: Child and Spousal Abuse Among Convicted Women: Prevalence and Relationship to Criminality. Victimology: An International Journal, Vol. 11, 1987.

21. Carlson GA, Kashani J, Thomas M, Vaidya A, Daniel AE: Comparison of Two Structured Interviews on a Psychiatrically Hospitalized Population of Children. Journal of American Academy of Child Psychiatry, 26 (5) 645-648, 1987.

22. Daniel AE, Resnick PJ: Mutism, Malingering and Competency to Stand Trial. Bulletin of the American Academy of Psychiatry and the Law, Vol. 15 (3) 301-308, 1987.

23. Holcomb WR, Daniel AE: Homicide without an Apparent Motive. Behavioral Sciences and the Law, Vol. 6 (3) 429-437, 1988.

24. Kashani, Daniel AE, Sulzberger LA, Rosenberg TK, Reid JC: Conduct Disordered Adolescents from a Community Sample. Canadian Journal of Psychiatry, 1987.

25. Daniel AE, Robins, AJ, Reid JC, Wilfley DE: Lifetime and Six-Month Prevalence of Psychiatric Disorders among Sentenced Female Offenders. Bulletin of the American Academy of Psychiatry and the Law, Vol. 16 (4) 333-342, 1988.

26. Daniel AE, Harris PW: Female Homicide Offenders: A Descriptive Study, Scientific Program, XIII Annual Meeting of the American Academy of Psychiatry and the Law, 1982.

27. Husain SA, Daniel AE, Harris PW: A Study of Young-Age and Mid-Life Homicidal Women Admitted to a Psychiatric Hospital for Pretrial Evaluation. Digest of Neurology and Psychiatry, Page 213, 1983.

28. Harry B, Daniel AE, Holcomb W, Menninger KA, Parwatikar SD: Model Release Program for Insanity Acquittees. Scientific Program, XV Annual Meeting of the American Academy of Psychiatry and the Law, Page 27, 1984.



**Exhibit 2**

29. Daniel AE: Mental Health Problems of Women in Prison: Toward a Solution. In the Executive Summary of First National Workshop on Female Offenders, Page 23, 1985.

30. Kashani JH, Daniel AE, Dandoy AC, Holcomb WR: Family Violence: Impact on Children (Special Article). J. American Academy of Child and Adolescent Psychiatry, 31:2, March, 1992.

31. Waller E and Daniel AE: Purpose and Utility of Child Custody Evaluation, judges' perspectives, Journal of Psychiatry and the Law 32 [1] 5-27, 2004

32. Waller E and Daniel AE: Purpose and Utility of Child Custody Evaluation, Attorneys' Perspectives, Journal of American Academy of Psychiatry and the Law, 33 [3], 2005

33. Daniel, AE: Decision-making by front line service providers: Attitudinal or Contextual – A commentary, Journal of American Academy of Psychiatry and the Law [Invited], 32 [4] 2004

34. Daniel, AE: Design and Implementation of Mental Health Services to prevent inmate suicide, Program and abstracts, Page 219, XVIII World Congress of World Association of Social Psychiatry. 2004

35. Daniel AE and Fleming J: Suicide in a state correctional system 1992-2002, a review: Journal of Correctional Health Care, 12: [1] 24-35, 2006

36. Daniel AE: Preventing suicide in prison-a collaborative responsibility of administrative, custody and clinical staff, Journal of American Academy of psychiatry and the Law, 34 [2] 2006

37. Daniel AE and Fleming J: Serious suicide attempts in correctional system and preventive strategies, Journal of Psychiatry and Law, 33:227-247, 2005

38. Konrad N, Daigle MS, Daniel AE, Dear G, Frottier P, Hayes LM, Kerkhof A, Liebling A, Sarchiapone M. (2007) Preventing suicide in jails and prisons. Geneva: World Health Organization

39. Daniel AE: Components of Comprehensive Suicide Prevention Programs in Prisons. Abstracts of 30th International Congress of Law and Mental Health, Padua, Italy, June, 2007, Page 535

40. Konrad N, Daigle MS, Daniel AE, Dear G, Frottier P, Hayes LM, Kerkhof A, Liebling A, Sarchiapone M. Preventing suicide in prisons. Part I recommendations from the International Association for Suicide Prevention Task Force on Suicide in Prisons CRISIS, 28 (3)



Exhibit 2

41. Konrad N, Daigle MS, Daniel AE, Dear G, Frottier P, Hayes LM, Kerkhof A, Liebling A, Sarchiapone M. Preventing suicide in prisons. Part II International comparisons of suicide prevention services in correctional facilities. CRISIS, 28(3)

42. Daniel AE: Care of the mentally ill in prisons: Challenges and solutions, Editorial (invited), J Am Acad Psychiatry Law 35(5), 2007

43. Vlach DL and Daniel AE: Evolving towards equivalency in correctional mental health: A view from the Maximum Security Trenches (invited) J Am Acad Psychiatry Law 35(5), 2007

44. Daniel AE: Suicide-Related Litigation in Jails and Prisons: Risk Management Strategies, Journal of Correctional Healthcare, 15(1), 2009

45. Daniel AE: Litigation Explained, Wrongful deaths in prison, Lawyer Monthly, November 2018

46. Daniel AE: Expert challenges in suicide-related litigation in jails and prisons, Lawyer Monthly, May 2021

47. Daniel AE.: A multidisciplinary approach to suicide prevention in jail and prisons: The best defense against liability lawsuits. Open Journal of Psychiatry, September 2021

48. Daniel AE: Court decisions pertinent to suicide risk management in jails and prisons. Lawyer Issues, November 2021

**BOOK:**

1. Suicide in Jails and Prisons: Preventive and Legal Perspectives. A guide for mental health and correctional staff, experts and attorneys

**PAPERS PRESENTED:**

1. Crime and Women: Summary of Research. Presented at workshop of Forensic Psychiatry, Missouri Institute of Psychiatry, St. Louis, June 1980.

2. Female Offenders Referred for Pretrial Psychiatric Evaluation. Presented at Annual Meeting of American Academy of Psychiatry and the Law, Chicago, October 1980.

3. Daniel AE, Harris PW: Characteristics of Female Offenders Referred for Pretrial Psychiatric Examination. Scientific Program, Eleventh Annual Meeting of the American Academy of Psychiatry and the Law, page 36, 1980.

4. Daniel AE, Parraga H: Psychiatric Diagnosis and Pattern of Drub Abuse among Violent Adolescent Criminals. Scientific Program XXXIV Annual Meeting of the American Academy of Forensic Sciences, Page 103, 1982.

5. Psychiatric Diagnosis and Pattern of Drug Abuse among Violent Adolescent Criminals. Presented at XXXIV Annual Meeting of American Academy of Forensic Sciences, Orlando, Florida, February 1982.

6. Mental Retardation and Issues of Criminal Law. Presented at the Forensic Conference sponsored by Department of Mental Health and Missouri Institute of Psychiatry, St. Louis, October 1982.

7. Female Homicide Offenders: A Descriptive Study. Presented at the XIII Annual Meeting of the American Academy of Psychiatry and the Law, New York City, October 1982.

8. Violent Women: Psychiatric Implications. First Annual Symposium, American College of Forensic Psychiatry, Santa Barbara, California, February 1983.
9. A Comparison of Domestic versus Nondomestic Homicide. Second Annual Symposium, American College of Forensic Psychiatry, Maui, Hawaii, April 1984.

10. Mentally Retarded Offender. Panel discussion with Menninger KA, Daniel AE, Ellis JW, Luckasson R, Santamour MB. At XVI Annual Meeting of AAPL held in Albuquerque, October 1985.

12. Mutism, Malingering and Competency to Stand Trial. Presented at XVI Annual Meeting of AAPL in Albuquerque, October 1985.

13. Family Violence: Impact on Children. Presented at the 1st Asian-American Conference of Psychiatric Disorders, New Delhi, India, March 10-14, 1986.

14. State Mental Health Programs. Discussed on the Missouri Forum, KOMU-TV in Columbia, MO, September 18, 1988.

15. Forensic Psychiatry Update. Presented to the Kansas Psychiatric Society, Kansas City, Kansas, October 14, 1988.

16. Battered Wife Syndrome: Legal Alternatives. Discussed on the Missouri Forum, KOMU-TV in Columbia, MO, November 27, 1988.

17. Changing Trends in Custody Decision Making – University of Missouri, Columbia, March 10, 1999

18. Purpose and Utility of Child Custody Evaluation: From the Perspective of Attorneys. Presented at the Annual Meeting of the AAPL, San Antonio, Texas, 2003 (Co-Presenter: Erika Lockerd)



**Exhibit 2**

19. Integrated Pharmacotherapy of Alcohol and Drug Use Disorder, NCCHC Annual Meeting, Austin, Texas, 2003 (Co-Presenter: Percy Menzies)

20. Pharmacotherapy of Alcoholism and Addictive Disorders at the First AKMG-UAE conference in Dubai, December 2003 (Co-presenter: Percy Menzies)

21. Profile of Inmates who committed suicide in the MODOC between 1992-2002 to Department of Corrections' staff, Jefferson City, November and December 2003

22. Psychopharmacotherapy in Correctional Setting at MH Consortium in Kansas City in April, 2004

23. Mental Health Services Delivery in Prisons to Department of Psychiatry, Stellenbosch University, Cape Town, South Africa, March 30, 2004

24. Design and Implementation of suicide prevention program in prison in World Congress of Social Psychiatry, Kobe, Japan, October, 2004

25. Pharmacotherapy of alcohol and substance, presented at Beijing Medical University Mental Health Institute, May 11, 2005, Beijing, China

26. As Delegation Leader of Psychiatry to China sponsored by People to People Ambassador Program, I discussed with Chinese Counterparts at Tomgren Hospital in Beijing, Beijing Medical University MH Institute and Nanjing Brain Hospital in Nanjing Child and Adolescent Psychiatry, Forensic Psychiatry and other topics related MH service delivery in China as well as United States, May 2005

27. Components of Comprehensive Suicide Prevention Program in Prisons, presented at the 30th International Congress of Law and Mental Health, Padua, Italy, June, 2007

28. Moderator: Symposium on Suicide in Correctional Settings, Assessment and Prevention strategies at 24th Congress of International Association for Suicide Prevention, Killarney, Ireland, August, 2007

29. Moderator and Organizer – One day conference on Suicide Prevention in Jails and Prisons, sponsored by NIMH, St. Louis, Missouri, August, 2008

30. Risk Management Strategies in Correctional Psychiatry, Annual Meeting, American Academy of Psychiatry and Law, Seattle, Washington, October, 2008

31. Disability File Review Consulting and Expert Witness Practice: 9th SEAK Conference on "Non-Clinical Careers for Physicians", Chicago, IL, October, 2012



**Exhibit 2**

32. Suicide in Jails and Prisons, Grand Rounds, Department of Psychiatry, University Medical Center, Columbia, MO, October, 2012

33. The Phenomenon of Suicide in Correctional Facilities presented at 8th Annual Show Me You Care About Suicide Prevention Conference, Columbia, MO., July, 2013

34. Online Training Program on Suicide Prevalence for Correctional Officers 2017

35. Disability File Review Consulting, Presented at American Academy of Physiatrists, Orlando, FL, October 2018

**TRAINING COURSES DEVELOPED**:

1. Jail Suicide-Police Training Community – Training Course for Correctional Officers, 2017

2. Disability File Review Consulting, a Short Course, 2018

**OTHER PUBLICAITONS:**

1. COVID-19 and suicide: A commentary, Columbia Daily Tribune, January 29, 2021

2. COVID-19 and Suicide Vulnerability. Missouri Psychiatric Physician Newsletter, Spring 2021

**AREAS OF INTEREST:**

1. Child Custody Evaluation

2. Mental Health and Psychiatric Services to Jails and Prisons

3. Suicide in Jail and Prisons

4. Consults on:

   A. Psychopharmacological Treatment of the Mentally Ill in Corrections
   B. Suicide in Jails and Prison
   C. Pharmacotherapy of Alcohol and Substance Abuse in Corrections
   D. Mental Health Programs in Corrections
   E. Executive Development of Correctional Psychiatrists.

**CONSULTING ACTIVITES:**

1. Consultant to Corrections Mental Health Program – New Mexico – 2001.



**Exhibit 2**

2. Consultant to Corrections Mental Health Program – Wyoming – 2001-2002.

3. Consultant to Corrections Mental Health Program – Iowa – 2000-2002.

4. Consultant to Corrections Mental Health Program – West Virginia – 2002.

5. Consultant to Corrections Mental Health Program – New Jersey – 2003.

Revised: November, 2022

## A. E. DANIEL, M.D.

## LIST OF CASES TESTIFIED AT TRIAL OR DEPOSITION – 2019-2023

| | | | | |
|---|---|---|---|---|
| 2019 | Ortego v. Ryan Steak House | Poplar Bluff, MO | Worker's Compensation | Deposition |
| 2019 | State v. Masek | St. Francis County, MO | Conditional Release | Trial |
| 2019 | Hall v. Missouri Department of Mental Health | Callaway County, MO | Worker's Compensation | Deposition |
| 2019 | Michaux v. Washington County Jail | Western District of Pennsylvania | Deliberate Indifference and Malpractice | Deposition |
| 2019 | State v. Hendrix | Dunklin County, MO | Conditional Release | Trial |
| 2019 | Gomes v. Dr. Singh | Northern District of Illinois | Deliberate Indifference | Trial |
| 2019 | Fuerstenberg v. Corcoran and Zaruba et al | Northern District of Illinois | Deliberate Indifference | Deposition |
| 2019 | State v. Rousseau | Kansas City, MO | Conditional Release | Trial |
| 2019 | Hill v. Quaker Oats | Columbia, MO | Worker's Compensation | Deposition |

**Exhibit 2**

| | | | | |
|---|---|---|---|---|
| 2019 | Estate of Harrison v. Wexford Health Services | Central District of Illinois | Suicide in Prison, Malpractice and Deliberate Indifference | Deposition |
| 2019 | State v. Klobnak | Boone County, Missouri | Presentence Hearing/Sexual Offense | Trial |
| 2019 | Estate of T. Carter v. Cook County Jail | Chicago, IL | Suicide in Jail, Malpractice and Gross Negligence | Jury Trial |
| 2020 | Estate of Friewald v. Brown County Jail, Wisconsin and CCS | Brown County, Wisconsin | Deliberate Indifference | Deposition |
| 2020 | Blackburn v. DMH, Callaway County | Callaway County | Worker's Compensation | Deposition |
| 2020 | Fotoohighiam v. Fotoohighiam | Boone County, MO | Competency to Participate in Legal Proceeding | Trial |
| 2020 | Cavanaugh v. Sheriff Gore, et.al, San Diego County Jail | San Diego County, CA | Deliberate Indifference and Malpractice | Deposition |
| 2020 | Schuman v. Nichols Management and Miller | Cole County | Worker's Compensation | Deposition |
| 2020 | Strohman v. Mediacom | Boone County | Worker's Compensation | Deposition |
| 2021 | Buchanan v. Alton Railway | Southern District of Illinois,, Bellville, IL | Personal Injury | Deposition |

Exhibit 2

| 2021 | State v. Haden | Ozark, MO | Presentence Hearing | Trial |
|---|---|---|---|---|
| 2021 | State v. Bozeman | St. Louis, MO | PCR Motion | Trial |
| 2021 | State v. Wilson | Callaway County, MO | PCR Motion | Trial |
| 2021 | State v. McCarver | Kansas City, MO | PCR Motion | Trial |
| 2021 | State v. D. Smith | Boone County, MO | CR/UCR Motion | Trial |
| 2021 | State v. Pultz | St. Charles, MO | PCR Motion | Trial |
| 2021 | Estate of Gates v. Jennifer West and Lifelinks | Effingham County, IL | Deliberate Indifference and Standard of Care | Deposition |
| 2021 | State v. Hecker | Livingston County, MO | PCR Motion | Trial |
| 2021 | Freiwald v. Dr. Fatoki and Brown County, et al | District Court, Eastern Division, Green Bay, WI | Deliberate Indifference | Jury Trial |
| 2021 | Gladbach v. Lake of the Ozarks | Lake Ozark, MO | Worker's Compensation | Deposition |
| 2021 | Wesley v. Dr. Ewing & Milwaukee County Jail | U.S. District Court, Eastern Division, Wisconsin | Medical Negligence and Deliberate Indifference | Deposition |
| 2021 | GAMA v. L.A. County Jail | Superior Court of Los Angeles | Medical Negligence | Jury Trial |

Exhibit 2

| 2021 | Regan v. Dr. Khan et al & Illinois Department of Corrections | Central District of Illinois | Deliberate Indifference | Deposition |
|---|---|---|---|---|
| 2021 | Garrett v. Dr. Naji & Dr. Khatri, et al | Western District of Pennsylvania | Deliberate Indifference | Deposition |
| 2022 | Lysinger v. Kastings | Springfield, MO | Sexual Abuse – Civil Action | Deposition |
| 2022 | State v. Rousseau | Kansas City MO | Conditional Release | Hearing |
| 2022 | State v. Smith | Farmington, MO | Conditional Release | Hearing |
| 2022 | Pankrantz v Roosevelt Detention Center | District Court of New Mexico | Negligence and Deliberate Indifference | Deposition |
| 2022 | State v. Davis | Rolla, Missouri | Conditional Release | Hearing |
| 2022 | Farmer v. KCPD and Securus | Western District of Missouri | Product Liability | Deposition |
| 2022 | Brooks v. St. Louis Justice Center and Jennings | Eastern District of Missouri | Deliberate Indifference | Deposition |
| 2022 | McEwen v. Fulton State Hospital | Kansas City, MO | Worker's Compensation | Deposition |
| 2022 | Dzilic v. Fluro International | Kansas City, MO | Worker's Compensation | Deposition |

**Exhibit 2**

| | | | | |
|---|---|---|---|---|
| 2023 | Vittori v. Kansas City | Kansas City, MO | Employment Discrimination | Deposition |
| 2023 | Allen v. State of Missouri DMH | Perryville, MO | Unconditional Release | Trial |
| 2023 | Hankins v. Alpha Kappa Alpha | Norther District of Illinois | Negligence | Deposition |

**Exhibit 2**

DANIEL FORENSIC PSYCHIATRIC SERVICES
33 E. Broadway, Suite 115
Columbia, MO 65203
Telephone: (573)443-6930 Fax: (573)875-4272

## FORENSIC CONSULTATION

## FEE SCHEDULE

My fee for services rendered for Forensic Consultation is $400 per hour. Billable services include review of records, analysis, conference(s) with attorney and report preparation. A retainer of $4000 is required prior to beginning work on the case.

Fee for Deposition is $400 per hour for a minimum of 4 hours.

Out of State Court Appearance will be charged on a per day basis of $3200.00 plus travel expenses.

.

**Exhibit 2**