Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

XOUCHI JONATHAN THAO,            )
SPECIAL ADMINISTRATOR FOR THE    )
ESTATE OF KONGCHI JUSTIN THAO,   )
                                 )
          Plaintiff,             )
                                 )
vs.                              ) NO. CIV-19-1175-JD
                                 )
                                 )
GRADY COUNTY CRIMINAL            )
JUSTICE AUTHORITY, ET AL.,       )
                                 )
          Defendants.            )

VIDEOTAPED DEPOSITION OF JOHNNIE BEARL DREWERY

TAKEN ON BEHALF OF THE PLAINTIFF

IN OKLAHOMA CITY, OKLAHOMA

ON MAY 12, 2023

REPORTED BY:  JANA C. HAZELBAKER, CSR

**Exhibit 5**

Johnnie Drewery                                          May 12, 2023

```
                                                         Page 144
 1      A    Oh, I'm sure he did, yeah.  And I tell him,
 2   "It's going good.  It's going fine."
 3      Q    You say you're sure he did, but you don't
 4   remember that he did --
 5      A    I don't --
 6      Q    -- do you?
 7      A    No, I don't exactly remember if he asked me
 8   about it.
 9           MR. KATON:  Okay.  Okay.  Let me get the
10   court reporter to mark as an exhibit the document
11   that begins with -- on the first page -- "Mental
12   Health and the United States Prison System" and then
13   has an image.
14           THE REPORTER:  Okay.  We'll mark that as
15   Exhibit Number 2.
16           (Whereupon, Exhibit Number 2 was marked for
17   identification purposes and made a part of the
18   record.)
19      Q    (By Mr. Katon) And you can look at that
20   document as much as you need to, but for the moment I
21   just want to ask if you recognize Exhibit 2.
22      A    I'm sorry?  I think he kind of broke up --
23      Q    Do you recognize -- do you recognize
24   Exhibit 2?
25      A    Yes.
```

**Exhibit 5**

Page 145

```
 1     Q     What is Exhibit 2?
 2     A     Exhibit 2 is a lesson plan that I wrote.
 3     Q     And do you remember when you wrote
 4   Exhibit 2?
 5     A     If I can remember right, I think it was
 6   about 2018.
 7     Q     If you wanted to figure out exactly when
 8   you wrote it, do you know of a way you could figure
 9   that out?
10     A     I would have to go back to my accreditation
11   with the Council on Law Enforcement Education and
12   Training, but it's -- I mean, the time line is
13   expired on it and I never did get it reaccredited,
14   so, I mean, I don't know if I can or not.
15     Q     So what did the --
16           (Off the record due to technical
17   difficulties).
18           VIDEOGRAPHER:  Back on.
19     Q     (By Mr. Katon) So before there was that
20   interference in the transmission and I asked you if
21   you knew of a way you could figure out exactly when
22   you prepared Exhibit 2, you mentioned something about
23   looking at C.L.E.E.T. training or C.L.E.E.T. training
24   that you prepared for.
25           Can you tell me what this document has to
```

**Exhibit 5**

Page 147

1     Q    Anywhere else?
2     A    No, that's -- I believe that's the only two
3  places I did it.
4     Q    And do you remember how many times you gave
5  instruction on Exhibit 2 at the jail, the Grady
6  County Criminal Justice Authority Jail?
7     A    Oh, let me see.  I think maybe twice.
8     Q    And when you give that instruction at the
9  jail, do the detention officers who attend that get
10 any sort of credit with C.L.E.E.T. or with the jail
11 as a part of any required training that they receive?
12    A    They don't get -- you only get credit
13 through C.L.E.E.T. if you're a certified law
14 enforcement officer.
15    Q    Okay.
16    A    And we have had certified law enforcement
17 officer detention officers.  But I taught this
18 because there were -- you know, the ones that were
19 certified.  And officers from other agencies would
20 come in and I would give them instruction on this so
21 they could get their continuing education credit.
22         Now, as far as detention officers getting
23 any credit, it was just marked as training,
24 basically.
25    Q    And where would it be marked as training?

**Exhibit 5**

Page 158

1     A    Yeah.
2     Q    I was just trying -- I was just trying to
3  establish whether you had done other trainings that
4  are not reflected on this document from outside of
5  the time period that's shown on this document.  Or do
6  you think that between June 10th, 2015, and
7  December 20th, 2018, that you did trainings that are
8  not shown on the document?
9     A    No, if -- if I did training between those
10 two dates, then it's right here.
11    Q    Okay.  So it looks to me like there are
12 three entries for a training entitled "Handling
13 Mental Ill."
14    A    Uh-huh.
15    Q    The first one is November 17th, 2016, the
16 next one is February 11th, 2017, and the last one is
17 9/23/2018.  Do you see that?
18    A    Yes.
19    Q    Was that you receiving training on the
20 subject of mental illness?  Three different trainings
21 on that subject?
22    A    No.  As a matter of fact, that's me
23 teaching this lesson here (indicating).
24    Q    Oh, okay.  So was November 17th, 2016, the
25 first time that you taught that lesson plan of

**Exhibit 5**