```
                                                                1

  1              IN THE UNITED STATES DISTRICT COURT

  2            FOR THE WESTERN DISTRICT OF OKLAHOMA

  3

  4  XOUCHI JONATHAN THAO, Special      )
     Administrator For The Estate       )
  5  of KONGCHI JUSTIN THAO,            )
                                        )
  6           Plaintiff,                )
                                        )No.
  7  vs.                                )CIV-19-1175-JD
                                        )
  8  GRADY COUNTY CRIMINAL JUSTICE      )
     AUTHORITY, et al.,                 )
  9                                     )
              Defendants.               )
 10

 11

 12         VIDEOTAPED DEPOSITION OF TREVOR HENNEMAN

 13            TAKEN ON BEHALF OF THE PLAINTIFF

 14               IN OKLAHOMA CITY, OKLAHOMA

 15                   ON APRIL 20, 2023

 16

 17

 18

 19       REPORTED BY:  KAREN B. JOHNSON, CSR

 20

 21

 22

 23

 24

 25
```

**Exhibit 6**

Page 154

1     together a game plan?
2          A    No, ma'am.
3          Q    Do you have to just respond quickly and,
4     you know, as reasonably necessary as you can?
5          A    Yes, ma'am.
6          Q    Would you consider those behaviors by
7     Mr. Thao, even though he's handcuffed, but kicking
8     and thrashing and tussling with the other officer,
9     would you consider that to be extenuating
10    circumstances that would allow the use of a taser
11    in that situation?
12         A    Yeah.
13              MR. KATON:  Object to the form.
14         Q    (By Ms. Dark) When you used your taser on
15    Mr. Thao, were you intending to cause him pain?
16         A    No, ma'am.
17         Q    Were you acting maliciously in any way?
18         A    No, no.
19         Q    Were you using the taser to try to get him
20    under control?
21         A    I was.
22         Q    And you testified that you held the taser
23    to -- I believe it was his thigh area; is that
24    correct?
25         A    Yeah.

**Exhibit 6**