| | |
|---|---|
| **From:** | Glenn Katon |
| **To:** | WR Moon |
| **Cc:** | Spencer Bryan; Steven Terrill; Andy Artus; Dena L. Herring; Jennifer Thiessen |
| **Subject:** | Re: Thao v GCCJA EOT Daubert opp , trial date |
| **Date:** | Friday, August 11, 2023 11:55:10 AM |

WR, our experts' conflicts are:
Dr. Daniel has trial Feb 12, 2024 in Illinois
Justin Jones is unavailable Jan 2-9, 2024
Dr. Matshes is unavailable: 1/2-12; 1/22-26; 2/12-16; 2/26; 3/28-4/4; 4/25.
Barry Dickey has some trials and other conflicts but is checking with his clients about their current status and hasn't gotten back to me yet with those dates.

Also, will you withdraw the confidential designation of the portions of the GCCJA P&P that mirror the OJS? Presumably, there are no security concerns with the public knowing that the Authority has incorporated parts of the state's regulations into policy but I want to confirm since they are designated. That way we will not have to file those portions under seal while we resolve the issue of those designations. Thanks for your consideration.

Regarding Chukou Thao, not only didn't we have anything to do with his unavailability but I asked him several times if he would agree to be available for deposition.

Glenn Katon
KATON.LAW
385 Grand Ave., Ste 200
Oakland, CA 94610
(510) 463-3350

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any computer.*

On Thu, Aug 10, 2023 at 12:21 PM WR Moon <WRM@czwlaw.com> wrote:

> Glenn,
>
> I was only recently made aware of the issue. Can you be more specific regarding the conflict your experts have? As in, who is unavailable and when, "…experts in the first part of the new year…" does not provide much information.
>
> Also, despite nearly 20 attempts to serve the Plaintiff's and decedent's father, he has managed to avoid being served for his deposition. As such, his deposition will not take place tomorrow as

**Exhibit 1**

previously scheduled. I find his current elusiveness curious as he obviously had input as to the Plaintiff's discovery responses.


**W.R. Moon Jr.**

COLLINS, ZORN & WAGNER, PLLC

429 N.E. 50th Street, 2nd Floor

Oklahoma City, OK 73105

Telephone: (405) 524-2070

Facsimile: (405) 524-2078

Email: wrm@czwlaw.com


**From:** Glenn Katon <gkaton@katon.law>
**Sent:** Thursday, August 10, 2023 2:07 PM
**To:** WR Moon <WRM@czwlaw.com>
**Cc:** Spencer Bryan <jsbryan@bryanterrill.com>; Steven Terrill <sjterrill@bryanterrill.com>; Andy Artus <AAA@czwlaw.com>; Dena L. Herring <DLH@czwlaw.com>; Jennifer Thiessen <JKT@czwlaw.com>
**Subject:** Re: Thao v GCCJA EOT Daubert opp , trial date


WR, we don't consent to the trial continuance because of scheduling conflicts with our experts in the first part of the new year and our concern that if we consent the court could push the trial out further. We may have had a better chance of making it work if you raised the issue in April, when the court gave us the December trial setting.


Glenn Katon
KATON.LAW
385 Grand Ave., Ste 200
Oakland, CA 94610
(510) 463-3350


*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any computer.*

**Exhibit 1**

On Wed, Aug 9, 2023 at 9:58 AM Glenn Katon <gkaton@katon.law> wrote:

> Ok, I'll check with Mr. Thao and our experts and get back to you asap.
>
> Glenn Katon
> KATON.LAW
> 385 Grand Ave., Ste 200
> Oakland, CA 94610
> (510) 463-3350
>
> *The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any computer.*
>
>
> On Wed, Aug 9, 2023 at 8:19 AM WR Moon <WRM@czwlaw.com> wrote:
>
>> Glenn,
>>
>> I've been able to speak with Judge Dishman's administrative assistant finally. Judge Dishman's has a monthly trial docket so we can request the next available setting. She has some trials set in January already but only a few specially set in February currently. Obviously, there are also the March and April trial dockets. Given our previous discussions, do you have an objection to us requesting to move December trial setting to the next available setting due to Mr. Gerlach's conflict?
>>
>> **W.R. Moon Jr.**
>>
>> COLLINS, ZORN & WAGNER, PLLC
>>
>> 429 N.E. 50th Street, 2nd Floor
>>
>> Oklahoma City, OK 73105

**Exhibit 1**

Telephone: (405) 524-2070

Facsimile: (405) 524-2078

Email: wrm@czwlaw.com

**From:** Glenn Katon <gkaton@katon.law>
**Sent:** Thursday, August 3, 2023 10:06 AM
**To:** WR Moon <WRM@czwlaw.com>
**Cc:** Spencer Bryan <jsbryan@bryanterrill.com>; Steven Terrill <sjterrill@bryanterrill.com>; Andy Artus <AAA@czwlaw.com>
**Subject:** Thao v GCCJA EOT Daubert opp , trial date

WR, when we spoke on Friday about the motion to seal I believe you consented to our motion to extend our time to oppose your *Daubert* motion on Dr. Matshes until 8/23 but would you confirm before we file the motion to extend time today? Also, were you going to ask Judge Dishman's courtroom deputy about available trial dates in early 2024 in light of Mr. Gerlach's vacation?

Glenn Katon
KATON.LAW
385 Grand Ave., Ste 200
Oakland, CA 94610
(510) 463-3350

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any computer.*

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

* * * * * * * * * * * * * * * * * * * *
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, I inform you that any U.S. federal tax advice contained in this communication

**Exhibit 1**

(including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Notice: This e-mail message and any attachment(s) are intended only for the named recipient(s) above. If you are not the intended recipient, you must not review, retransmit, forward, print, copy, use or disseminate the email and/or any attachments. This email and any attachment(s) contain information which may be legally privileged, attorney work-product or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), please notify me at (405) 524-2070 or by return email and delete this e-mail message from your computer. If this email contains a forwarded email or is a reply to a prior email, the contents may not have been produced by the sender and therefore both I and/or Collins, Zorn & Wagner, PLLC are not responsible for its contents.

\* \* \* \* \* \* \* \* \* \*

These notices are automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure this e-mail is virus free and no responsibility is accepted by either Collins, Zorn & Wagner, PLLC or me for any loss or damage arising in any way from its use.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

**Exhibit 1**